THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Matthew Jackson,       
Appellant.
 
 
 

Appeal From Laurens County
Gary E. Clary, Circuit Court Judge

Unpublished Opinion No. 2003-UP-044
Submitted November 20, 2002  Filed 
 January 15, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor W. Townes Jones, IV, of Greenwood, for respondent.
 
 
 

 PER CURIAM:          
 Matthew Jackson was convicted of armed robbery and possession of a firearm or 
 knife during the commission of a violent crime.  He was sentenced to life imprisonment 
 without parole for armed robbery and five years imprisonment for possession 
 of a firearm or knife during the commission of a violent crime, the sentences 
 to run concurrently.  Pursuant to Anders v. California, 386 U.S. 738 
 (1967), Jacksons counsel attached a petition to be relieved.  Jackson did not 
 file a pro se response.
After review of the record pursuant to 
 Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Jacksons appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
CONNOR, STILWELL, and HOWARD, JJ., concur.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.